# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2025

**BY ECF**

The Honorable George B. Daniels
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Pedro Pablo Valentin**
      **25-CR-002 (GBD)**

Dear Judge Daniels,

     Undersigned counsel has recently discovered a conflict within the Federal Defenders of New York with respect to Mr. Pedro Pablo Valentin. Accordingly, undersigned counsel respectfully moves to withdraw as counsel for Mr. Valentin and asks the Court to appoint CJA counsel to represent Mr. Valentin moving forward.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791