

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 2, 2025

**SO ORDERED**

The May 8, 2025, conference is adjourned to July 9, 2025 at 11:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MAY 0 5 2025

Re:   *United States v. Pedro Pablo Valentin et al.*, 25 Cr. 2 (GBD)

Dear Judge Daniels:

The Government submits this letter with the consent of defense counsel for Pedro Pablo Valentin and Bartolome Alberto Ortiz, to respectfully request an approximately 60-day adjournment of the conference currently scheduled for May 8, 2025, in the above-captioned matter. The Government produced discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure on or about March 3, 2025 and on or about March 12, 2025. An adjournment of the May 8 conference would allow the defendants additional time to review the discovery materials and for the parties to discuss next steps in this case. The parties are available during the afternoons of July 9 to 11, 2025 and July 15 to 17, 2025. If needed, the parties can provide additional availability.

In addition, the Government respectfully requests, with the consent of the defendants, that the time between May 8, 2025, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow

[CONTINUED ON THE NEXT PAGE]

the defendants additional time to review produced discovery and the parties to discuss the possible resolution of this case, if any.

                                          Respectfully submitted,

                                          JAY CLAYTON
                                          United States Attorney

By: _____
      Varun A. Gumaste
      Assistant United States Attorney
      (212) 637-1023

cc:    Thomas Dunn, Esq. (by ECF)
        Harvey Fishbein, Esq. (by ECF)