**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF

June 23, 2025

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

SO ORDERED:

*George B. Daniels* (signature)
George B. Daniels, U.S.D.J.

Dated: JUN 2 4 2025

Re: *United States v. Pedro Pablo Valentin*,
    25 Cr. 002 (GBD)

Dear Judge Daniels:

I write to request permission for my client Pedro Valentin to attend his son's graduation and attend a lunch in celebration on Wednesday June 25. Pretrial opposes per office policy this application and the government defers to Pretrial. Mr. Valentin is on house detention and electronic monitoring Pretrial Officer Evelyn Alvayero advised Mr. Valentin has had two recent unauthorized leaves. These were to play outside with his younger son.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: All Counsel (By ECF)