**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

October 4, 2025

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.
Dated: OCT 0 6 2025

Re: *United States v. Pedro Pablo Valentin*,
    25 Cr. 002 (GBD)

Dear Judge Daniels:

I write to request an adjournment of the conference scheduled for October 7th. The parties are engaged in plea negotiations which include examining several issues which must be addressed before there will be a resolution of the case. I request that Your Honor schedule this matter during the week of November 10th or 17th.

Assistant U.S. Attorney Varun Gumaste has no objection to this request.

I consent to an exclusion of time under the Speedy Trial Act until the next court conference. I withdraw my letter filed yesterday concerning the scheduled October 7th date.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Varun Gumaste, Esq.
    Assistant U.S. Attorney
    (By ECF & email)