**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

December 11, 2025

**SO ORDERED**

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

The conference scheduled for December 16, 2025
is adjourned to January 13, 2026 at 9:45 a.m.

DEC 1 5 2025

*George B. Daniels*

Re: *United States v. Pedro Pablo Valentin,*
25 Cr. 002 (GBD)

Dear Judge Daniels:

I write to request an adjournment of the conference scheduled for December 16th. The parties are engaged in continued plea negotiations. I request that Your Honor schedule this matter in the afternoon of January 12th, 13th, 14th, 16th, 21st, 23rd or any date thereafter convenient to the Court

Assistant U.S. Attorney Varun Gumaste has no objection to this request.

I consent to an exclusion of time under the Speedy Trial Act until the next court conference.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Varun Gumaste, Esq.
Assistant U.S. Attorney
(By ECF & email)