

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 9, 2026

SO ORDERED

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference scheduled for January 13, 2026 is adjourned to February 10, 2026 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JAN 1 2 2026

Re:    *United States v. Pedro Pablo Valentin*, 25 Cr. 2 (GBD)

Dear Judge Daniels:

The Government submits this letter with the consent of defense counsel for Pedro Pablo Valentin, to respectfully request an approximately 30-day adjournment of the conference currently scheduled for January 13, 2026, in the above-captioned matter. The parties are deeply engaged in discussions regarding a potential resolution to this case and an adjournment of the January 13 conference would allow additional time to complete these discussions. The parties request that the Court schedule this conference on Monday, February 9 or Tuesday, February 10. If needed, the parties can provide additional availability.

In addition, the Government respectfully requests, with the consent of the defendant, that the time between January 13, 2026, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant additional time to review produced discovery and the parties to potentially reach a resolution of this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:    Thomas Dunn, Esq. (by ECF)