

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

June 8, 2026

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated:  **JUN 0 8 2026**

    Re:   *United States v. Pedro Pablo Valentin*, 25 Cr. 2 (GBD)

Dear Judge Daniels:

The Government submits this letter with the consent of defense counsel for Pedro Pablo Valentin, to respectfully request an approximately 90-day adjournment of the sentencing currently scheduled for June 10, 2026, in the above-captioned matter, which would allow for completion of the pre-sentence investigation report.  The parties request that the Court schedule sentencing on Wednesday, September 16 at 9:45 a.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    

Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:    Thomas Dunn, Esq. (by ECF)