**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

June 17, 2026

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

SO ORDERED

The sentence scheduled for
September 16, 2026 is adjourned to
September 23, 2026 at 10:00 a.m.

*George B. Daniel*
Hon. GEORGE B. DANIELS

JUN 2 4 2026

Re: *United States v. Pedro Pablo Valent...*,
     25 Cr. 002 (GBD)

Dear Judge Daniels:

I write to request a change in the sentence date presently scheduled for September 16th because of a personal obligation that day. I request that Mr. Valentin be sentenced on Friday September 18th. The only time I am unavailable that day is between 2:30 and 3:30 p.m.

Assistant U.S. Attorney Varun Gumaste has no objection to this request.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Varun Gumaste, Esq.
    Assistant U.S. Attorney
    (By ECF & email)