**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 11, 2026

SO ORDERED

The sentencing scheduled for September 23, 2026 is adjourned to November 4, 2026

SEP 14 2026

HON. GEORGE B. DANIELS

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Pedro Pablo Valentin*, 25 Cr. 2 (GBD)**

Dear Judge Daniels:

The Government submits this letter with the consent of defense counsel for Pedro Pablo Valentin, to respectfully request an approximately 45-day adjournment of the sentencing currently scheduled for September 23, 2026. The parties have not received the pre-sentence investigation report in the above-captioned matter. The Government understands that the U.S. Probation Office anticipates completing the report by late October. Accordingly, the requested adjournment would allow for completion of the pre-sentence investigation report and the parties' consideration of the report in drafting sentencing submissions. The parties request that the Court schedule sentencing during the week of November 2 (other than November 5) or the week of November 14, preferably after 11:00 a.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc: Thomas Dunn, Esq. (by ECF)