**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

October 22, 2026

SO ORDERED

The sentencing scheduled for November 4, 2026 is adjourned to November 10, 2026 at 10:00 a.m.

George B. Daniels
HON. GEORGE B. DANIELS

OCT 26 2026

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Pedro Pablo Valentin*,
25 Cr. 002 (GBD)

Dear Judge Daniels:

I write to request a change in the sentence date presently scheduled for November 14th. I had issues opening the presentence report and the recommendation submitted by Probation because of difficulties with obtaining the report in the new encrypted manner of opening the report. The fault rests solely with me.

I request an adjournment of two weeks until November 18th or a date thereafter convenient to the Court.

Assistant U.S. Attorney Varun Gumaste has no objection to a two-week adjournment.

I request that the sentence be scheduled for 11 A.M. or thereafter on the sentence date.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Varun Gumaste, Esq.
Assistant U.S. Attorney
(By ECF)