**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*v.*<br><br>PEDRO PABLO VALENTIN,<br><br>*Defendant.* | ORDER<br><br>25-CR-2 |

**GEORGE B. DANIELS, United States District Judge:**

Defendant Pedro Pablo Valentin's deadline to file his sentencing submission is extended to November 3, 2026. The Government's sentencing submission is due November 6, 2026. Sentencing remains scheduled for November 10, 2026, at 10:00 AM.

The Clerk of Court is respectfully directed to **CLOSE** the letter motions at ECF Nos. 73 and 74.

**SO ORDERED.**

Dated: NOV 04 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE